UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NANCY CHRISTINE JOHNSON,

       Plaintiff,

v.

LAKE COUNTY SCHOOLS,

       Defendant.

_____

Case No.: 5:26-cv-325-JSS-PRL

## ORDER

Plaintiff Nancy Christine Johnson, proceeding *pro se*, filed this action against Lake County Schools, asserting claims of age discrimination and retaliation. (Doc. 1). Plaintiff seeks to proceed in forma pauperis. (Doc. 2).

An individual may be allowed to proceed in forma pauperis if she declares in an affidavit that she "is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). In addition, the Court is obligated to review the complaint to determine whether it is frivolous, malicious, "fails to state a claim upon which relief may be granted[,]" or "seeks monetary relief against a defendant who is immune from such relief." *Id*. § 1915(e)(2). If the complaint is deficient, the Court is required to dismiss the suit *sua sponte. Id.*

Here, based on the information disclosed in Plaintiff's affidavit of indigency, it appears that Plaintiff has sufficient funds to cover the $405.00 filing fee. (Doc. 2). Plaintiff, who is employed, has a monthly income of $1,635.88; more than $10,000.00

in checking accounts; and over $10,000.00 in a savings account (that she claims is intended to be split with three siblings).

Rather than outright deny Plaintiff's motion, the Court will allow Plaintiff an opportunity to file an amended affidavit, clarifying her overall financial condition and explaining why she should be entitled to proceed in forma pauperis. Alternatively, Plaintiff may pay the filing fee.

In addition, Plaintiff's Complaint is deficient as drafted. While Plaintiff attached a copy of her EEOC charge of discrimination, the Complaint itself fails to include a short and plain statement of her claim. (Doc. 1 at 4-5).

Accordingly, Plaintiff's motion to proceed in forma pauperis (Doc. 2) is taken under advisement. On or before **June 5, 2026,** Plaintiff shall file an amended complaint including the facts of her case and an amended affidavit of indigency. Failure to comply with this Order will result in a recommendation that Plaintiff's motion to proceed in forma pauperis be denied.

**DONE** and **ORDERED** in Ocala, Florida on May 15, 2026.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties